UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DIANA TREJOS; ROSA DAMARIS LOPEZ; BERKY LOPEZ; LILIANA RUIZ FIERRO; AMERICA PATRICIA GONZALEZ; FLORICELDA ALONZO; WIDMAR MEJIA; EDWIN YEPES; ARNALDO PEREIRA; HUGO RAMIREZ; ALBERTO MARTINEZ NUNEZ; MERCEDES BONIFACIO; OLFA LICET VELASQUEZ; GRECIA NUNEZ; ZULMA ABREGO; NIEVE LOPEZ; NANCY CRUZ; YOHANNA MARTINEZ; MARCIA LORA; JORGE GONZALEZ LUPI; and FIDEL ANDRANGO; on behalf of themselves and others similarly situated,

                Plaintiffs,

-against-

EDITA'S BAR AND RESTAURANT, INC., d/b/a Flamingo; EDITA D'ANGELO, a/k/a Edith D'Angelo, individually; and LUIS ALBERTO RUIZ, individually,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DOCKET & FILE

Stipulation and
Order of Dismissal

Docket Number 08 CV 1477

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the claims of DIANA TREJOS; ROSA DAMARIS LOPEZ; BERKY LOPEZ; LILIANA RUIZ FIERRO; AMERICA PATRICIA GONZALEZ; FLORICELDA ALONZO; MERCEDES BONIFACIO; OLFA LICET VELASQUEZ; GRECIA NUNEZ; ZULMA ABREGO; NIEVE LOPEZ; NANCY CRUZ; YOHANNA MARTINEZ; MARCIA LORA; WIDMAR MEJIA; EDWIN YEPES; ARNALDO PEREIRA; HUGO RAMIREZ; ALBERTO MARTINEZ NUNEZ; JORGE GONZALEZ LUPI; and FIDEL ANDRANGO are hereby settled, satisfied, and resolved and may be dismissed with prejudice, without

1

costs, expenses or attorneys' fees to either party, except as agreed to by the parties and set forth in the Settlement Agreement. The parties further represent that the settlement discussions in this matter were supervised by Magistrate Judge Gold, who determined that they were conducted at arms-length and that the settlement terms are in his judgment fair and reasonable. The parties hereby agree that any disputes arising under the terms of the Settlement Agreement, for which a specific remedy is not set forth, shall be taken to Magistrate Judge Gold, who will retain jurisdiction over this matter for that purpose. This stipulation may be filed and entered without further notice with the Clerk of the Court.

Dated: New York, New York
August 26, 2011

By: _____
Rick Ostrove, Esq.
Thomas Ricotta, Esq.
LEEDS MORELLI & BROWN, P.C.
One Old County Road
Suite 347
Carle Place, NY 11514
(516) 878-9550

By: _____
MILBANK, TWEED, HADLEY & McCLOY LLP
Russell E. Brooks (RB 7560)
Mia C. Korot (MK 5878)
Jennie Woltz (JW 2247)
Michael Kurzer (MK 6852)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

MAKE THE ROAD NEW YORK, INC.
Elizabeth Wagoner (EW 2101)
92-10 Roosevelt Avenue
Jackson Heights, NY 11372
(718) 565-8500, ext. 4425

Deborah Axt (DA 4885)
Amy Carroll (AC 5640)
301 Grove Street
Brooklyn, NY 11237
(718) 418-7690

URBAN JUSTICE CENTER
David Colodny (DC 4234)
123 William Street, 16th Floor
New York, NY 10038
(646) 459-3006

Attorneys for Plaintiffs

So Ordered
s/KAM
_____
Kiyo Matsumoto, U.S.D.J.
8/30/11

2